# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR RICARDO VEGA, JR.<br><br>Defendant. | Case No. 19-cr-4189-CAB<br><br>**ORDER AND JUDGMENT TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be DISMISSED without prejudice as to Defendant Edgar Ricardo Vega, Jr.

IT IS FURTHER ORDERED the bond is hereby exonerated and any passport or other official travel documents held by United States Pretrial Services shall be released to the defendant.

IT IS SO ORDERED.

DATED: November 12, 2019

HONORABLE CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE